WOLFF & SAMSON PC
ONE BOLAND DRIVE
WEST ORANGE, NEW JERSEY 07052
(973) 325-1500
A. Ross Pearlson, Esq.
Lindsay A. Smith, Esq.
*Attorneys for Defendants*
*MLS Medical Group, LLC*
*and Mark L. Schwartz, D.O.*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INSURANCE COMPANY AND GEICO CASUALTY CO., <br><br> Plaintiffs, <br><br> vs. <br><br> MLS MEDICAL GROUP LLC and MARK L. SCHWARTZ, D.O. a/k/a MARK SCHWARTS, D.O., <br><br> Defendants. | Civil Action No. 2:12-cv-07281-FSH-PS <br><br> **NOTICE OF MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT** <br><br> Filed Electronically <br><br> Return Date: March 4, 2013 |

TO:  John Robertelli, Esq.
     **RIVKIN RADLER LLP**
     21 Main St., Ste 158
     Court Plaza South, West Wing
     Hackensack, NJ 07601
      *Attorneys for Plaintiffs*
     *Government Employees Insurance*
     *Co., GEICO Indemnity Co., GEICO*
     *General Insurance Company and*
     *GEICO Casualty Co.*

**PLEASE TAKE NOTICE** that on March 4, 2013, or as soon thereafter as counsel may be heard, defendants MLS Medical Group, LLC and Mark L. Schwartz, D.O. ("Defendants") shall move before the Honorable Faith S. Hochberg, U.S.D.J., at the Frank R. Lautenberg U.S.

P.O. & Courthouse Building, Courtroom 1, Newark, New Jersey 07101 for entry of an Order dismissing Count I of plaintiffs' complaint pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction, dismissing Counts II – V of the Complaint pursuant to Fed. R. Civ. P. 12(b)(6) as to those insurance claims that have already been subject to an arbitration determination because they are barred by the doctrine of collateral estoppel, and dismissing the Complaint pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim and for such other and further relief the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that a copy of a proposed Order and Certification of Service are included with this Notice.

**PLEASE TAKE FURTHER NOTICE** that in support of the foregoing motion, Defendants shall rely upon the Brief in support of Defendants' Motion to Dismiss submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 7.1, opposition papers, if any, must be served no later than February 19, 2013 and reply papers, if any, shall be served no later than February 25, 2013.

**PLEASE TAKE FURTHER NOTICE** that Defendants request oral argument.

Dated: January 31, 2013
WOLFF & SAMSON PC
Attorneys for Defendants
*MLS Medical Group LLC and*
*Mark L. Schwartz, D.O.*

By: _/s/ A. Ross Pearlson___
A. ROSS PEARLSON

One Boland Drive
West Orange, NJ 07052
Tel: (973) 530-2100
Fax: (973) 530-2300
Email: rpearlson@wolffsamson.com

**CERTIFICATE OF SERVICE**

I, LINDSAY A. SMITH, hereby certify that, upon information and belief, copies of the (1) Notice of Motion to Dismiss Plaintiffs' Amended Complaint, (2) Brief in support; and (3) proposed Order were served by my firm's staff on the following counsel of record via Regular Mail and ECF, the Court's electronic notifying system:

>John Robertelli, Esq.
>**RIVKIN RADLER LLP**
>21 Main St., Ste 158
>Court Plaza South, West Wing
>Hackensack, NJ  07601
>*Attorneys for Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co.*

>By: */s/ Lindsay A. Smith*
>LINDSAY A. SMITH

Dated:  January 31, 2013

3