Exhibit "B"

Form of Federal Stipulation

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INSURANCE COMPANY and GEICO CASUALTY CO., <br><br>Plaintiffs, <br><br>-against- <br><br>MLS MEDICAL GROUP LLC, MARK L. SCHWARTZ, D.O. a/k/a MARK SCHWARTS, D.O., et al., <br><br>Defendants. | Civil Action <br>Case No. 2:12-cv-7281 <br>(SRC/CLW) |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company (collectively "Plaintiffs"), and counsel for Defendants Kenneth Gross, D.C., Michelle Dubnoff, D.C., and Chiropractic Physicians Group, LLP (collectively "Defendants"), that all claims asserted by Plaintiffs against Defendants in this action are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: June 10, 2014

RIVKIN RADLER LLP

By: _____
John Robertelli, Esq.
21 Main Street – Court Plaza South
Hackensack, New Jersey 07601
*Counsel for Plaintiffs*

MASSOOD & BRONSNICK, LLC

By: _____
Andrew R. Bronsnick, Esq.
647 Main Ave, Suite 203
Passaic, New Jersey 07055
*Counsel for Defendants*

6/12/14
SO ORDERED
STANLEY R. CHESLER, U.S.D.J.

9